United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mr Jones Management, LLC, dba Mr Jones Miami, Plaintiff, <br><br> v. <br><br> City of Miami Beach and others, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 21-20834-Civ-Scola <br> ) <br> ) <br> ) |

## Order of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 37.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied as moot**.

**Done and ordered** at Miami, Florida on April 16, 2021.

_____
Robert N. Scola, Jr.
United States District Judge